McGREGOR W. SCOTT
United States Attorney
NIRAV DESAI
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
MAY 17 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO: 2:17-SW-0764-KJN |
|---|---|
| INFORMATION ASSOCIATED WITH DATA AND DERIVATIVE WORK PRODUCTS DESCRIBED IN ATTACHMENT A THAT ARE STORED AT PREMISES CONTROLLED BY THE CALIFORNIA ATTORNEY GENERAL'S OFFICE | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: 5/16/18

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT